AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 8:22-mj-00634 | Date and time warrant executed: 0830 9/23/22 | Copy of warrant and inventory left with: ATTORNEY JEFF KENT |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

- CALL LOG
- CONTACTS
- INSTANT MESSAGES
- LOCATIONS
- WEB HISTORY
- IMAGES

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/22

_B. Ballantyne_
Executing officer's signature

SA BRADEN BALLANTYNE
Printed name and title